STATE OF INDIANA )  IN THE MARION SUPERIOR COURT
) SS:
COUNTY OF MARION ) CAUSE NO.

REBECCA EVANS, )
)
    Plaintiff, )
)
v. )
)
BOSTON MARKET CORPORATION, )
)
    Defendant. )

**APPEARANCE FORM (CIVIL)**
**Initiating Party**

Case Number: _____ (File stamp)
    (To be supplied by Clerk at time of filing)

/ / Check if Pro Se.  NOTE:  This form is not required for pro se protective orders.

1. REBECCA EVANS_____  2. _____
    Name of first initiating party      Telephone of pro se party
    (Supply names of additional initiating parties on continuation page.)

3. Attorney information (as applicable for service of process):

    Name: Vaughn A. Wamsley  Atty No: 14679-71
    Address: VAUGHN A. WAMSLEY, P.C.  Phone: (317) 846-1080
    851 S. Rangeline Rd.  FAX: (317) 581-1234
    Carmel, IN 46032  email: kbrooks@pilegal.com

    Name: Jeremy S. Baber  Atty No: 22883-29
    Address: VAUGHN A. WAMSLEY, P.C.  Phone: (317) 846-1080
    851 S. Rangeline Rd.  FAX: (317) 581-1234
    Carmel, IN 46032  email: jbaber@pilegal.com

(Supply information for additional attorneys on continuation page.)

4. Case Type requested: CT  5. Will accept FAX service:  Yes ___  No X

6. Social Security numbers of all family members in proceedings involving support issues.

    Name:_____ SS#_____ Name:_____ SS#_____

Name:_____ SS#_____ Name:_____ SS#
Name:_____ SS#_____ Name:_____ SS#
(Supply Social Security numbers for additional persons on continuation page.)

7. Are there related cases? Yes___ No _X_  If yes, list case & no.

      Caption_____ Case No.

      Caption_____ Case No.
(Supply information for additional related cases on continuation page.)

8. Additional Information required by local rule:  N/A


                                      *s/ Jeremy S. Baber*

                                      _____
                                      Vaughn A. Wamsley, #14679-71
                                      Jeremy S. Baber, #22883-29
                                      *Attorneys for Plaintiff*

Vaughn A. Wamsley, Esq.
Jeremy S. Baber, Esq.
VAUGHN A. WAMSLEY, P.C.
851 South Rangeline Road
Carmel, IN  46032
Ph:    317-846-1080
Fax:   317-581-1234

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

REBECCA EVANS, )
)
      Plaintiff, )
)
v. )
)
BOSTON MARKET CORPORATION, )
)
      Defendant. )

## COMPLAINT FOR DAMAGES
## AND REQUEST FOR JURY TRIAL

Comes now the Plaintiff, Rebecca Evans, by counsel, and for her Complaint against the Defendant, Boston Market Corporation, states and alleges as follows:

1. That the Plaintiff, Rebecca Evans, was a resident of the City of Indianapolis, County of Marion, State of Indiana, at all times relevant to the cause of action herein.

2. That Defendant, Boston Market Corporation ("Boston Market"), is a Colorado Corporation with a principal office address of 14103 Denver West Parkway, Golden, CO 80401.

3. That Defendant, Boston Market, is agent/owner and/or occupier of the Real Estate commonly known as 7910 US 31, Indianapolis, Marion County, Indiana 46227.

4. That Defendant, Boston Market, operated a Restaurant on the aforementioned Real Estate commonly known as 7910 US 31, Indianapolis, Marion County, Indiana 46227, at all times relevant to the cause of action herein.

5. That the incident upon which this claim is based occurred on August 17, 2020, on the property commonly known as 7910 US 31, Indianapolis, Marion County, Indiana 46227.

6. Boston Market Corporation is subject to the jurisdiction of the State of Indiana as provided by Indiana Trial Rule 4.4(A)(1) by doing business in the State of Indiana.

7. Accordingly, this Court has jurisdiction over the subject matter and Parties to this Action.

8. Marion County is the county of preferred venue pursuant to Indiana Trial Rule 75(A).

9. That on August 17, 2020, Plaintiff, Rebecca Evans, was inside the Boston Market restaurant located at 7910 US 31, Indianapolis, Marion County, Indiana 46227 for the purpose of purchasing food when she tripped over a floor mat or runner that did not lie flat against the floor and fell to the floor sustaining injuries.

10. That the floor mat or runner involved in this incident had curls, ridges, or puckering along its rubber edge.

11. That Defendant, Boston Market, owed Plaintiff a duty to exercise reasonable care for her protection while she was in this Boston Market restaurant.

12. That Defendant, Boston Market, knew or by the exercise of reasonable care would have discovered the condition of this floor mat or runner, and should have realized that it involved an unreasonable risk of harm to Plaintiff.

13. That Defendant, Boston Market, should have expected that Plaintiff would not discover or realize the danger associated with this floor mat or runner, or that Plaintiff would fail to protect herself against the danger associated with this floor mat or runner.

14. That Defendant, Boston Market, failed to exercise reasonable care to protect Plaintiff against the danger associated with this floor mat or runner.

15. That as a direct and proximate cause of the Defendant, Boston Market's negligence, the Plaintiff, Rebecca Evans, suffered physical injuries, incurred medical expense for the treatment of said injuries, experienced pain and suffering, permanent impairment, permanent scarring, mental

anguish, loss to enjoyment of life, loss of wages, and will continue to suffer pain and suffering and incur medical expense into the future.

16. That the Plaintiff, Rebecca Evans, did nothing to contribute to the cause of this incident.

17. That the Plaintiff, Rebecca Evans, did nothing to contribute to the cause of her injuries.

WHEREFORE, the Plaintiff, Rebecca Evans prays and requests that the Court award a judgment sufficient to compensate the Plaintiff for the damages she has suffered, including incurred medical expenses, the suffering of physical injury, pain and suffering, permanent impairment, permanent scarring, mental anguish, loss to enjoyment of life, loss of wages, and for medical expenses yet to be incurred and pain and suffering yet to be suffered, and for all other relief as is just and proper in the premises.

Respectfully submitted,

*s/ Jeremy S. Baber*

_____
Vaughn A. Wamsley, #14679-71
Jeremy S. Baber, #22883-29
Attorneys for Plaintiff

## **REQUEST FOR JURY TRIAL**

Comes now the Plaintiff, by counsel, and respectfully requests that this matter be tried by jury.

                                                                             Respectfully submitted,

                                                                             *s/ Jeremy S. Baber*

                                                                             _____
                                                                             Vaughn A. Wamsley, #14679-71
                                                                             Jeremy S. Baber, #22883-29
                                                                             Attorneys for Plaintiff

Vaughn A. Wamsley
Jeremy S. Baber
Attorney at Law
851 South Rangeline Road
Carmel, IN  46032
(317) 846-1080
(317)581-1234 fax

STATE OF INDIANA            )        IN THE MARION SUPERIOR COURT
                            ) SS:
COUNTY OF MARION            )        CAUSE NO.

REBECCA EVANS,                            )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )
                                          )
BOSTON MARKET CORPORATION,                )
                                          )
        Defendant.                        )

## SUMMONS

TO DEFENDANT:   Boston Market Corporation
                c/o Registered Agent, CT Corporation System
                334 N. Senate Ave.
                Indianapolis, IN  46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert in your written answer.

Dated: 11/10/2021                                   _____
                                                    Myla A. Eldridge
                                                    Clerk, Marion County Superior Court

(The following manner of service of summons is hereby designated)

____X_____ Registered or certified mail.

_____ Service at place of employment, to-wit:_____

_____ Service on individual – (Personal or copy) at above address

_____ Service on agent. (Specify) _____

_____ Other service. (Specify) _____

98984.29

| | |
|---|---|
| STATE OF INDIANA | MARION COUNTY SUPERIOR COURT 3 |
| COUNTY OF MARION | CAUSE NO.: 49D03-2111-CT-037681 |

REBECCA EVANS,

    Plaintiff(s),

v.

BOSTON MARKET CORPORATION,

    Defendant(s).

## APPEARANCE BY ATTORNEYS UNDER TRIAL RULE 3.1

1. The party on whose behalf this form is being filed is: Responding

The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

### BOSTON MARKET CORPORATION

2. Attorney information for service as required by Trial Rule 5(B)(2):

    Dominique N. Nelson      Atty. No. 31532-53
    KOPKA PINKUS DOLIN PC      Telephone: 317-818-1360
    550 Congressional Blvd., Suite 310      Facsimile: 317-818-1390
    Carmel, IN 46032      Email: dnnelson@kopkalaw.com

    Leslie B. Pollie      Atty. No. 25716-49A
    KOPKA PINKUS DOLIN PC      Telephone: 317-818-1360
    550 Congressional Blvd., Suite 310      Facsimile: 317-818-1390
    Carmel, IN 46032      Email: lbpollie@kopkalaw.com

3. This is a civil tort case type as defined in administrative Rule 8(B)(3)

4. I will accept service by:
    Fax at the above noted number: NO
    Email at the above noted address: YES

5. This case involves child support issues: NO

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order: NO

1

7. This case involves a petition for involuntary commitment: NO

8. Are there related cases: NO

9. Additional information required by local rule: NONE

10. Are there other party members: NO

11. This form has been served on all other parties and Certificate of Service is attached: YES

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: */s/ Dominique N. Nelson*
    Dominique N. Nelson (#31532-53)
    Leslie B. Pollie (#25716-49A)
    Attorneys for Boston Market Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Jeremy S. Baber
JBaber@pilegal.com

Vaughn A. Wamsley
vwamsley@pilegal.com

                                        *Dominique N. Nelson*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd., Suite 310
Carmel, IN 46032
Tel: (317) 818-1360
Fax: (317) 818-1390
Email: dnnelson@kopkalaw.com

| | |
|---|---|
| STATE OF INDIANA | MARION COUNTY SUPERIOR COURT 3 |
| COUNTY OF MARION | CAUSE NO.: 49D03-2111-CT-037681 |

REBECCA EVANS,

    Plaintiff,

v.

BOSTON MARKET CORPORATION,

    Defendant.

## **DEFENDANT'S MOTION FOR AUTOMATIC EXTENSION OF TIME**

Comes now Defendant, Boston Market Corporation, by and through counsel, Dominique N. Nelson of Kopka Pinkus Dolin PC, respectfully moves the Court for an extension of time to respond to the Plaintiff's Complaint, pursuant to Ind. Trial Rule 6(B)(1), and Local Rule 49-TR5-203(D), in support thereof, shows the Court as follows:

1. Plaintiff filed her Complaint on November 10, 2021.

2. Service was perfected, via USPS certified mail, on Defendant on December 16, 2021. Defendant's responsive pleadings to Plaintiff's Complaint are due on January 10, 2022, which has not past yet.

3. The undersigned counsel has recently been retained to represent Defendant.

4. Defendant and its undersigned counsel require an additional thirty (30) days to properly investigate the allegations in Plaintiff's Complaint, so that an adequate response may be formulated, prepared, and filed with the Court by counsel.

5. Such enlargement of time shall expire on February 9, 2022.

6. This motion is made in good faith and not for the purpose of delay.

1

WHEREFORE, Defendant respectfully requests an automatic extension of thirty (30) days, to, and including, February 9, 2022, to answer, or otherwise respond to, Plaintiff's Complaint, and all other just and proper relief.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: */s/ Dominique N. Nelson*
     Dominique N. Nelson (#31532-53)
     Attorney for Boston Market Corporation

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Jeremy S. Baber
JBaber@pilegal.com

Vaughn A. Wamsley
vwamsley@pilegal.com

*Dominique N. Nelson*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd., Suite 310
Carmel, IN  46032
Tel:   (317) 818-1360
Fax:   (317) 818-1390
Email: dnnelson@kopkalaw.com

2

| STATE OF INDIANA | MARION COUNTY SUPERIOR COURT 3 |
|---|---|
| COUNTY OF MARION | CAUSE NO.: 49D03-2111-CT-037681 |

REBECCA EVANS,

    Plaintiff,

v.

BOSTON MARKET CORPORATION,

    Defendant.

**FILED**
January 7, 2022
CLERK OF THE COURT
MARION COUNTY
ND

### ORDER ON DEFENDANT'S MOTION FOR AUTOMATIC EXTENSION OF TIME

**THE COURT**, being duly advised in the premises, now **GRANTS** Defendant Boston Market Corporation's Automatic Motion for Extension of Time to answer, or otherwise respond to, Plaintiff's Complaint, up to, and including, February 9, 2022.

**SO ORDERED this** ____ **day of** _____**January 7, 2022**_____, 2022.

_____
JUDGE
Marion Superior Court 3

Distribution via IEFS